```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 28225
   JOHN LOUIS PARROTT
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3807

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 07/15/2005 and was confirmed 08/29/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  39.61% from remaining funds.

      The case was paid in full 08/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
TRIAD FINANCIAL CORP       SECURED         16884.00        1936.15        16884.00
TRIAD FINANCIAL CORP       UNSECURED        2998.35            .00         1187.68
ACTION CARD                UNSECURED       NOT FILED           .00             .00
ACTION CARD                UNSECURED       NOT FILED           .00             .00
BUREAU OF COLLECTION REC   UNSECURED       NOT FILED           .00             .00
CAPITAL ONE                UNSECURED       NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED           60.00           .00           23.77
ROUNDUP FUNDING LLC        UNSECURED         3055.62           .00         1210.36
GMAC                       UNSECURED       NOT FILED           .00             .00
HSBC                       UNSECURED         1255.93           .00          497.49
MERRICK BANK               UNSECURED         1231.55           .00          487.83
ACTION CARD MASTERCARD C   UNSECURED          892.67           .00          353.60
CAPITAL ONE                UNSECURED          443.00           .00          175.48
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                        1,553.65
DEBTOR REFUND              REFUND                                           428.47

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    27,438.48

PRIORITY                                          .00
SECURED                                     16,884.00
    INTEREST                                 1,936.15
UNSECURED                                    3,936.21
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         1,553.65
DEBTOR REFUND                                  428.47
                           -------------    -------------
TOTALS                     27,438.48         27,438.48

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 28225 JOHN LOUIS PARROTT
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE